ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                              )
                                                         )
The Charles Stark Draper Laboratory, Inc.               )   ASBCA No. 64000
                                                         )
Under Contract No. N00030-17-G-0050 *et al.*            )

APPEARANCES FOR THE APPELLANT:          Sonia Tabriz, Esq.
                                        Amanda J. Sherwood, Esq.
                                          Arnold & Porter Kaye Scholer LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Samuel W. Morris, Esq.
                                          DCMA Chief Trial Attorney
                                        Kara M. Klass, Esq.
                                        Scott Reid, Esq.
                                          Trial Attorneys
                                          Defense Contract Management Agency
                                          Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 18, 2025

_____
LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64000, Appeal of The Charles Stark Draper Laboratory, Inc., rendered in conformance with the Board's Charter.

Dated: June 18, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals